## McGUIRE v. STATE.
### No. 25705.

Court of Criminal Appeals of Texas.
Feb. 13, 1952.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The state has filed a motion to dismiss this appeal and accompanies it with an affidavit showing that the appellant has escaped jail. The motion is granted. The appeal is dismissed.